UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
NATHANIEL LANCASTER,                                         Case No.

                                                            **NOTICE OF REMOVAL**
                Plaintiff,

    -against-

PEP BOYS – MANNY, MOE & JACK OF
DELAWARE LLC,

                Defendant.
---------------------------------------------------------------------X

Pursuant to 28 U.S.C. §§1332, 1441 and 1446, defendant Pep Boys – Manny, Moe & Jack of Delaware, LLC ("Pep Boys"), by and through its attorneys Clyde & Co US LLP, hereby removes this pending action from the Supreme Court of the State of New York, County of Suffolk to the United States District Court for the Eastern District of New York, on the following grounds:

## Introduction

1.     On March 21, 2025, plaintiff Nathaniel Lancaster ("plaintiff") filed a lawsuit against Pep Boys in the Supreme Court of the State of New York, County of Suffolk, under Index No. 607566/2025. A true and correct copy of the Summons and Verified Complaint (hereinafter "Complaint") is attached hereto as **Exhibit 1**. Plaintiff's Complaint seeks damages for personal injuries allegedly sustained in an automobile accident which occurred on June 16, 2024. Specifically, plaintiff claims that Pep Boys negligently performed work on Mr. Lancaster's vehicle, causing the front passenger-side tire on his motor vehicle to fall off. *Id*. at ¶¶10-15. He further claims that he lost control of his motor vehicle and was caused to veer off the road and crash. *Id*. at ¶¶11.

2.      According to an Affirmation of Service filed by plaintiff, Pep Boys was served with the Complaint via the Secretary of State of the State of New York on April 2, 2025.  A true and correct copy of the Affirmation of Service is attached hereto as **Exhibit 2.**

3.      According to the Complaint, plaintiff Nathaniel Lancaster is a resident of the County of Suffolk, City of Bay Shore and State of New York.  **Exhibit 1 ¶** 1.

4.      Pep Boys is a Delaware limited liability company and has a single constituent member, which is The Pep Boys – Manny, Moe & Jack LLC.  The Pep Boys – Manny, Moe & Jack LLC is a Delaware limited liability company whose sole constituent member is The Pep Boys – Manny, Moe & Jack Holding Corp.  The Pep Boys – Manny, Moe & Jack Holding Corp. is a Delaware corporation with its principal place of business in the State of Pennsylvania.  *See*, Declaration of Brian Roberts, attached hereto as **Exhibit 3.**  Thus, for purposes of diversity under 28 U.S.C. § 1332, Pep Boys is a citizen of Delaware and Pennsylvania.

5.      Plaintiff alleges serious personal injuries and seeks damages that include medical expenses, pain and suffering, and other relief.  Plaintiff alleges that he sustained "severe and permanent personal injuries including, but not limited to, torn ligaments in his knee and elbow" and "which injuries necessitated medical treatment and surgery, causing his great pain and suffering, incapacitating his from pursuing his usual employment and other activities, and have left him with disabilities that will in the future similarly incapacitate him, causing his pain and suffering, and will require future medical treatment."  **Exhibit 1 ¶¶** 12, 19.  Based upon the allegations in the Complaint and upon information and belief, the amount in controversy exceeds $75,000, exclusive of interest and costs.

2

## Argument

**A.      This Court has Diversity Jurisdiction Pursuant to 28 U.S.C. Sections 1332 and 1441**

6.      This Court has original jurisdiction pursuant to 28 U.S.C. Section 1332 based upon the diversity of citizenship between the parties.  Pursuant to 28 U.S.C. Section 1441, this case may be removed by Pep Boys because it is a civil action between citizens of different States and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7.      "[D]iversity jurisdiction does not exist unless each defendant is a citizen of a different State from each plaintiff."  *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978).

8.      "With respect to the diversity jurisdiction of the federal courts, citizenship has the same meaning as domicile."  *Stine v. Moore*, 213 F.2d 446, 448 (5th Cir. 1954).  Domicile imports "permanent residence in a particular state with the intention of remaining."  *Id.*  "[T]he place of residence is *prima facie* the domicile."  *Id.*

9.      For the purposes of diversity jurisdiction, a limited liability company is deemed to be a citizen of each state where its members are citizens.  *Castillo Grand, LLC v. Sheraton Operating Corp.*, 719 F.3d 120, 122 (2d Cir. 2013) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990)).

10.      Accordingly, because Pep Boys is a citizen of a different state from plaintiff, complete diversity of citizenship exists between those parties for the purposes of establishing diversity jurisdiction under 28 U.S.C. § 1332.  Furthermore, the amount in controversy in this case exceeds $75,000.

11.     A stamped copy of this Notice of Removal will be promptly filed with the Clerk of the Court in Supreme Court, Suffolk County, and served upon all counsel of record.  A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit 4**.

### Conclusion

12.     WHEREFORE, Pep Boys respectfully requests that this action now pending in the Supreme Court of New York, County of Suffolk be removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: May 2, 2025

CLYDE & CO US LLP

*Nicholas Magali*

By:_____
    Jeffrey C. Fegan, Esq.
    Nicholas L. Magali, Esq.
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
Tel: (212) 710-3920
Fax: (212) 710-3950
jeffrey.fegan@clydeco.us

*Attorneys for Defendant Pep Boys – Manny, Moe & Jack of Delaware LLC*

To:     Joseph M. Nejathaim
        MORELLI LAW FIRM, PLLC
        777 Third Avenue, 31st Floor
        New York, New York 10017
        (212) 751-9800

        *Attorneys for Plaintiff Nathaniel Lancaster*

4

# EXHIBIT 1

Case 2:25-cv-02460-ST    Document 1    Filed 05/02/25    Page 6 of 18 PageID #: 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

NATHANIEL LANCASTER,

                Plaintiff,

     -against-

PEP BOYS – MANNY, MOE & JACK OF DELAWARE
LLC,

             Defendant.

---

Index No.

Date Purchased

Plaintiff designates
**SUFFOLK County** as the
place of trial.

The basis of the venue is
**County in which Plaintiff
resides.** CPLR § 509.

**SUMMONS**

To the above-named Defendant:

     You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

**Dated:** New York, New York
       March 21, 2025

Joseph M. Nejathaim
MORELLI LAW FIRM, PLLC
*Attorneys for Plaintiff*
777 Third Avenue, 31st Floor
New York, NY 10017
(212) 751-9800

Case 2:25-cv-02460-ST Document 1 Filed 05/02/25 Page 7 of 18 PageID #: 7

**Defendant's address:**

PEP BOYS – MANNY, MOE & JACK OF DELAWARE LLC
Attn: C/O CORPORATION SERVICE COMPANY
80 State Street
Albany, NY 12207

**Notice:** The nature of this action is negligence/personal injuries and the relief sought is money damages.

Case 2:25-cv-02460-ST    Document 1    Filed 05/02/25    Page 8 of 18 PageID #: 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

―――――――――――――――――――

NATHANIEL LANCASTER,

               Plaintiff,

        -against-

PEP BOYS – MANNY, MOE & JACK OF DELAWARE
LLC,

               Defendant.

―――――――――――――――――――

Index No.

**VERIFIED COMPLAINT**

Plaintiff, **NATHANIEL LANCASTER**, by his attorneys Morelli Law Firm, PLLC, complaining of the Defendant, **PEP BOYS – MANNY, MOE & JACK OF DELAWARE LLC (hereinafter, "PEP BOYS"),** respectfully alleges as follows, upon information and belief:

1.     The Plaintiff **NATHANIEL LANCASTER** is a resident of the County of Suffolk, City Bay Shore and State of New York.

2.     At all times hereinafter mentioned, Defendant **PEP BOYS** was and still is a foreign business limited liability company duly organized and existing under and by virtue of the laws of the State of Delaware.

3.     At all times hereinafter mentioned, Defendant **PEP BOYS** was and still is authorized to do business in the State of New York.

4.     At all times hereinafter mentioned, Defendant **PEP BOYS** is an automotive service, repair, and maintenance chain.

5.     At all times hereinafter mentioned, Defendant **PEP BOYS** maintains a place of business at 1846 5th Ave., Bay Shore, NY 11706.

Case 2:25-cv-02460-ST    Document 1    Filed 05/02/25    Page 9 of 18 PageID #: 9

6.    At all times hereinafter mentioned, one of the services Defendant **PEP BOYS** provides to consumers in their normal course of business is replacing tires on automobiles.

7.    On or about June 15, 2024, Plaintiff, **NATHANIEL LANCASTER**, went to Defendant's **PEP BOYS** location at 1846 5th Ave., Bayshore, NY 11706, to have the tires on his 2008 Nissan Rogue rotated and the oil changed.

8.    Plaintiff paid **PEP BOYS** for their services.

9.    The following day, June 16, 2024, Plaintiff left New York in his motor vehicle intending to drive to Washington D.C.

10.    As Plaintiff was lawfully driving his motor vehicle on a highway near Washington D.C., the front passenger-side tire on his motor vehicle fell off.

11.    As a direct result of the tire falling off, Plaintiff lost control of his motor vehicle and was caused to veer off the road and crash.

12.    As a result, Plaintiff sustained severe and permanent personal injuries including, but not limited to, torn ligaments in his knee and elbow.

13.    After the crash, Plaintiff's vehicle was towed to another Pep Boys facility located at 8000 Stream Walk Lane, Manassas, VA 20110.

14.    Employees of the Virginia Pep Boys location determined that the subject tire fell of Plaintiff's vehicle because the lug nuts on the front right wheel would not tighten at the correct specifications, that there were broken studs, and that the lug nuts were loose.

15.    Upon information and belief, Defendant **PEP BOYS** failed to properly secure the front passenger-side tire on Plaintiff's vehicle before returning it back to him.

16. As detailed herein, the Defendant, their agents, servants and/or employees were negligent, reckless, and careless in that they failed to properly secure the tire on Plaintiff's vehicle, thereby causing it to fall off of Plaintiff's vehicle while he was driving.

17. The Defendant, their agents, servants and/or employees had actual and/or constructive notice of the dangerous and defective condition on Plaintiff's vehicle.

18. The accident, and the injuries resulting therefrom, were caused solely and wholly by reason of the negligence of Defendant, their agents, servants and/or employees without any fault, want of care or culpable conduct on the part of the Plaintiff contributing thereto.

19. By reason of the foregoing, Plaintiff NATHANIEL LANCASTER was caused to sustain severe, painful, and permanent injuries, which injuries necessitated medical treatment and surgery, causing his great pain and suffering, incapacitating his from pursuing his usual employment and other activities, and have left him with disabilities that will in the future similarly incapacitate him, causing his pain and suffering, and will require future medical treatment.

20. By reason of the foregoing, Plaintiff, NATHANIEL LANCASTER, has been damaged and is entitled to recover all of his damages from the Defendant, pursuant to CPLR 3017(c) the amount of which exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff, **NATHANIEL LANCASTER**, demands judgment against Defendant, **PEP BOYS – MANNY, MOE & JACK OF DELAWARE LLC**, for damages, interests, cost of suit, and such other relief as the Court may deem just and equitable.

Dated:

Case 2:25-cv-02460-ST    Document 1    Filed 05/02/25    Page 11 of 18 PageID #: 11

**MORELLI LAW FIRM, PLLC**
Attorneys for Plaintiff

_____
Joseph M. Nejathaim, Esq.
777 Third Avenue, 31st Floor
New York, New York 10017
(212) 751-9800

Case 2:25-cv-02460-ST    Document 1    Filed 05/02/25    Page 12 of 18 PageID #: 12

## ATTORNEY VERIFICATION

STATE OF NEW YORK, COUNTY OF NEW YORK

I, the undersigned, an attorney admitted to practice in the courts of New York State, state under penalty of perjury that I am one of the attorneys for the Plaintiff in the within action; I have read the foregoing **SUMMONS & COMPLAINT** and know the contents thereof the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe to be true. The reason this verification is made by me and not by my clients, is that my clients are not presently in the County where I maintain my offices. The grounds of my belief as to all matters not stated upon my own knowledge are the materials in my file and the investigations conducted by my office.

Dated:  New York, New York
        March 21, 2025

_____
Joseph Nejathaim, Esq.

# EXHIBIT 2

FILED: SUFFOLK COUNTY CLERK 04/03/2025 12:13 PM INDEX NO. 607566/2025
NYSCEF DOC. NO. 2 RECEIVED NYSCEF: 04/03/2025

SUPREME COURT OF THE STATE OF NEW YORK
STATE OF NEW YORK, COUNTY OF SUFFOLK

Attorney: MORELLI LAW FIRM PLLC
Address: 777 THIRD AVENUE, 31ST FLOOR NEW YORK, NY 10017

| | | |
|---|---|---|
| NATHANIEL LANCASTER | | **INDEX #:** 607566/2025 |
| | | **Date Filed:** 03/31/2025 |
| **vs** | *Plaintiff* | **Client's File No.:** lancaster vs pep boys |
| PEP BOYS - MANNY, MOE & JACK OF DELAWARE LLC | | |
| | *Defendant* | . |

## SECRETARY OF STATE - AFFIRMATION OF SERVICE

**Nathaniel Crespo**, affirms and says:

    Affirmant is over the age of (18) years; affirmant is not a party herein; that on **04/02/2025**, at **11:00 AM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, affirmant served the annexed

**Summons and Verified Complaint, NOTICE OF ELECTRONIC FILING**

on: **PEP BOYS - MANNY, MOE & JACK OF DELAWARE LLC - C/O CORPORATION SERVICE CO.**, Defendant in this action

By delivering to and leaving with **NANCNY DOUGHERTY**  AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, affirmant paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 303 LLC.

    The Index No. and the date the action was filed were clearly marked and visible to the defendant. Affirmant further says that affirmant knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Gender:** Female **Race:** White **Color of hair:** Brown **Age:** 51 - 65 Yrs. **Height:** 5ft 0in - 5ft 3in **Weight:** 100-130 Lbs. **Other Features:**

I affirm on 04/03/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nathaniel Crespo

Job #: 1593472

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

FILED: SUFFOLK COUNTY CLERK 04/03/2025 12:13 PM
INDEX NO. 607566/2025
NYSCEF DOC. NO. 2
RECEIVED NYSCEF: 04/03/2025

SUPREME COURT OF THE STATE OF NEW YORK
STATE OF NEW YORK, COUNTY OF SUFFOLK

Client: MORELLI LAW FIRM PLLC
Address: 777 THIRD AVENUE, 31ST FLOOR NEW YORK, NY 10017

| | | |
|---|---|---|
| NATHANIEL LANCASTER | | Index Number: 607566/2025 |
| | *Plaintiff* | Client's File No.: lancaster vs pep boys |
| *vs* | | |
| PEP BOYS - MANNY, MOE & JACK OF DELAWARE LLC | | Court Date: |
| | *Defendant* | Date Filed: 03/31/2025 |

Nathaniel Crespo, affirms and says:

# AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On **04/02/2025**, at **11:42 AM** at: **80 STATE STREET, ALBANY, NY 12207** affirmant served the within **Summons and Verified Complaint, NOTICE OF ELECTRONIC FILING**

On: **PEP BOYS - MANNY, MOE & JACK OF DELAWARE LLC - C/O CORPORATION SERVICE CO.**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **LEGAL REP OF CSC** personally. affirmant knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be Agent For Service Of Process authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| | | |
|---|---|---|
| Gender: Female | Race: African American | Color of hair: Black |
| Age: 51 - 65 Yrs. | Height: 5ft 0in - 5ft 3in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

I affirm on 04/02/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nathaniel Crespo
DCA License #



*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*

# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATHANIEL LANCASTER,                              Case No.

                                                  **DECLARATION OF**
                        Plaintiff,                **BRIAN ROBERTS**

        -against-

PEP BOYS – MANNY, MOE & JACK OF
DELAWARE LLC,

                        Defendant.
-----------------------------------------------------------------X

Brian Roberts, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am over the age of twenty-one and capable of making this declaration.  The facts stated in this declaration are true and correct and based upon my own personal knowledge and my review of files maintained by my employer in the regular course of its business.  I submit this declaration in support of defendant Pep Boys – Manny, Moe & Jack of Delaware LLC's petition for removal to United States District Court for the Eastern District of New York.

2.      I have been employed by The Pep Boys – Manny, Moe & Jack LLC since September 25, 2023 and am currently the Director, Claims & Data Analytics.

3.      Pep Boys – Manny, Moe & Jack of Delaware LLC is a Delaware limited liability company and has a single constituent member, which is The Pep Boys – Manny, Moe & Jack LLC. The Pep Boys – Manny, Moe & Jack LLC is a Delaware limited liability company whose sole constituent member is The Pep Boys – Manny, Moe & Jack Holding Corp.

4.      The principal place of business of Pep Boys – Manny, Moe & Jack of Delaware LLC is 1 Presidential Boulevard, Suite 400, Bala Cynwyd PA 19004.

5.      The Pep Boys – Manny, Moe & Jack Holding Corp. is a Delaware corporation with its principal place of business located at 1 Presidential Boulevard, Suite 400, Bala Cynwyd PA 19004.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 2, 2025.

_____
Brian Roberts

2