UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NATHANIEL LANCASTER,                          Case No.

                                              **RULE 7.1 STATEMENT**

                Plaintiff,

      -against-

PEP BOYS – MANNY, MOE & JACK OF
DELAWARE LLC,

                Defendant.
-------------------------------------------------------------------X

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, defendant Pep Boys – Manny, Moe & Jack of Delaware, LLC ("Pep Boys") discloses the following:

Pep Boys is a Delaware limited liability company and has a single constituent member, which is The Pep Boys – Manny, Moe & Jack LLC.  The Pep Boys – Manny, Moe & Jack LLC is a Delaware limited liability company whose sole constituent member is The Pep Boys – Manny, Moe & Jack Holding Corp.  The Pep Boys – Manny, Moe & Jack Holding Corp. is a Delaware corporation with its principal place of business in the State of Pennsylvania.

Dated:  May 2, 2025

                                    CLYDE & CO US LLC

                                    *Nicholas Magali*

                                    By: _____
                                        Jeffrey C. Fegan, Esq.
                                        Nicholas L. Magali, Esq.
                                    The Chrysler Building
                                    405 Lexington Avenue, 16th Floor
                                    New York, New York 10174
                                    Tel: (212) 710-3920
                                    Fax: (212) 710-3950
                                    nicholas.magali@clydeco.us
                                    *Attorneys for Defendant Pep Boys – Manny,*
                                    *Moe & Jack of Delaware LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on May 2, 2025.

_____
Nicholas L. Magali.